Bijal V. Vakil (SBN 192878)
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:     (650) 213-0303
Facsimile:      (650) 213-8158
bvakil@whitecase.com

Roberto J. Kampfner (SBN 179026)
WHITE & CASE LLP
633 West Fifth Street Suite 1900
Los Angeles, California 90071
Telephone:     (213) 620-7729
Facsimile:      (213) 452-2329
rkampfner@whitecase.com

*Attorneys for Appellee Bhupendra B. Patel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>SIGNET SOLAR, INC.,<br><br>　　　　　　Debtor.<br><br>ANDREA A. WIRUM,<br>chapter 7 trustee,<br><br>　　　　　　Appellant,<br><br>　　v.<br><br>BHUPENDRA B. PATEL,<br><br>　　　　　　Appellee. | **Case No. 3:14-cv-05162-EMC**<br><br>Bankruptcy Case No. 12-31753-DM (consolidated with Case No. 12-33270-DM)<br><br>Chapter 7<br><br>Adversary Proceeding No. 13-03199-DM<br><br><br>**[PR~~OPO~~SED] ORDER RE: STIPULATED REQUEST FOR ORDER CHANGING TIME** |

1  Having reviewed the parties' stipulation and good cause appearing, the Court hereby
ORDERS as follows:

1. Appellee shall serve and file his brief 28 days after service of Appellant's brief; and,
2. Appellant shall serve and file her reply brief 21 days after service of Appellee's brief.

IT IS SO ORDERED

DATED:   2/4/15



_____
EDWARD M. CHEN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA